N. J. FURTICK, SR., ADMINISTRATOR OF THE ESTATE OF CECIL FURTICK, v. BONNIE COTTON MILLS.

(Filed 1 May, 1940.)

APPEAL by plaintiff from *Sink, J.,* at January Term, 1940, of GASTON. Affirmed.

*S. J. Durham and J. A. Wilkins for plaintiff.*
*J. Laurence Jones and Ernest R. Warren for defendant.*

PER CURIAM. This is a companion case to that of *Furtick v. Cotton Mills, ante,* 516. The disposition of this case is governed by what was said in that case.

Judgment affirmed.